**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
October 31, 2012

Lyle W. Cayce
Clerk

No. 12-50750
Summary Calendar

FREDERICK C. FERMIN,

Plaintiff–Appellant,

v.

UNITED STATES OF AMERICA,

Defendant–Appellee.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:12-CV-284

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The District Court's Memorandum Decision sets forth the facts of this case and its procedural history, including Appellant's history of initiating abusive litigation. The court has carefully considered this appeal, and we find no reversible error of fact or law. We GRANT Appellee's Motion for Summary Affirmance. We DENY Appellant's Motion to Expedite Appeal as moot. The judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.